# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 20, 2008

*Before*

RICHARD A. POSNER, *Circuit Judge*

| | |
|---|---|
| SANDRA C. LEISTER, | ] Appeals from the United |
| Plaintiff-Appellee, | ] States District Court for |
| Cross-Appellant, | ] the Central District of |
| | ] Illinois. |
| Nos. 07-2242, 07-3615 & 07-3671 v. | ] |
| | ] No. 05 C 2115 |
| MICHELLE PETERSON, EVAN PETERSON | ] |
| and DOVETAIL, INCORPORATED, | ] Harold A. Baker, |
| Defendants-Appellants, | ]     Judge. |
| Cross-Appellees. | ] |

Upon consideration of the **PLAINTIFF-APPELLEE/CROSS-APPELLANT'S MOTION TO MODIFY OPINION**, filed on November 6, 2008, by counsel for the plaintiff,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the slip opinion of October 23, 2008 is amended as follows:

On line 12 of page 14 of the opinion, the phrase "May 2001" shall be amended to read "May 2000".